## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROL A. NICHOLS, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) Cause No.: 07-cv-45-DRH-DGW ) |
| CSX TRANSPORTATION, INC. | ) ) |
| Defendants. | ) |

### ORDER

The Court having been advised of the premises, and pursuant to Plaintiff's Motion in Support of Default Judgment [Doc.10], finds that the Defendant, **CSX Transportation, Inc.**, was served in the above-styled matter on April 27, 2007; and

FURTHER, that the Defendant, CSX Transportation, Inc., has failed to file an answer or any responsive pleading in the above-styled matter. The Court **GRANTS** Plaintiff's Motion for Default Judgment and enters Judgment in favor of the Plaintiff, CAROL NICHOLS, and against the Defendant, CSX TRANSPORTATION, INC.; and

FURTHER orders this matter be set for hearing on August 10, 2007 at 1:30 p.m. on the issue of damages only.

/s/   David   RHerndon
J U D G E

ENTERED: July 11, 2007._____