IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CAROL A. NICHOLS,** )<br>)<br>     **Plaintiff,** )<br>)<br>**vs.** )<br>)<br>)<br>**CSX TRANSPORTATION, INC.,** )<br>)<br>     **Defendant.** ) | **Cause No. 07-45-DRH** |

## ORDER

**HERNDON, District Judge:**

Now before the Court is a motion of defendant, CSX Transportation, Inc., for leave to file additional pleadings, affidavits and papers in support of its Motion to Set Aside Default Judgment up to September 17, 2007. (Doc. 24.)  Being fully advised in the premises, the Court **GRANTS** said motion. (Doc. 24.)

**IT IS SO ORDERED.**

Signed this 10th day of September, 2007.

/s/     DavidRHerndon
**United States District Judge**