IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CAROL A. NICHOLS,**

    **Plaintiff,**

**vs.**                                 **Cause No. 07-45-DRH**

**CSX TRANSPORTATION, INC.,**

    **Defendant.**

## ORDER

**HERNDON, Chief Judge:**

    Now before the Court is Defendant's motion for leave to file supplement to Defendant's motion to dismiss. (Doc. 50.) Being fully advised in the premises, the Court **GRANTS** Defendant's motion. (Doc. 50.) Defendant shall have up to and including October 12, 2007 to file a supplement to Defendant's motion to dismiss. Plaintiff shall file a response to the supplement no later than October 19, 2007.

    **IT IS SO ORDERED.**

    Signed this 5th day of October, 2007.

                                                     /s/      DavidRHerndon
                                                     **Chief Judge**
                                                     **United States District Court**