IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CAROL A. NICHOLS,**

    **Plaintiff,**

**vs.**                     **Cause No. 07-45-DRH**

**CSX TRANSPORTATION, INC.,**

    **Defendant.**

## ORDER

**HERNDON, Chief Judge:**

    Now before the Court is Defendant's motion to exceed the page limitation. (Doc. 63.) **Southern District of Illinois Local Rule 7.1(d)** provides that reply briefs shall not exceed 5 pages and that requests for additional pages "are not favored." The Court finds that the issues presented on Defendant's motion (Doc. 25) are not so complex as to warrant an exception to the general rule. Accordingly, Defendant's motion to exceed the page limitation is **DENIED**. (Doc. 63.)

    **IT IS SO ORDERED.**

    Signed this 26th day of October, 2007.

                                               /s/      DavidRHerndon
                                               **Chief Judge**
                                               **United States District Court**