IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROL A. NICHOLS, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No. 07-45-DRH |
| CSX TRANSPORTATION, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On stipulation of the parties hereto, the default(s) entered against defendant CSX in the above-captioned case is/are vacated, and the case is hereby dismissed with prejudice. Each party to pay its own costs.

WHEREFORE, IT IS ORDERED AND ADJUDGED that the said cause be, and the same is hereby dismissed with prejudice to the plaintiff.

**IT IS SO ORDERED.**

Signed this 20th day of December, 2007.

/s/    David R Herndon
**Chief Judge**
**United States District Court**